Neil Steiner (SBN 98606)
STEINER & LIBO, Professional Corporation
433 North Camden Drive, Suite 730
Beverly Hills, CA 90210-4411
Tel.: (310) 273-7778
Fax: (310) 273-7679
Email: steinlibo@aol.com

JS-6

Attorneys for Plaintiffs GINA WHITE and DALE WHITE

# UNTIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA WHITE, an individual, and DALE WHITE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S INC., a business entity of unknown form; MACY'S DEPARTMENT STORES, INC., a business entity of unknown form; MACY'S CALIFORNIA, INC., a business entity of unknown form, and DOES 1 to 20,<br><br>Defendants. | Docket No.: CV12-09511 JFW (CWx)<br><br>**ORDER REMANDING ACTION BACK TO STATE COURT** |

Pursuant to the stipulation of plaintiffs GINA WHITE and DALE WHITE, on the one hand, and defendants MACY'S INC., MACY'S DEPARTMENT STORES, INC., MACY'S CALIFORNIA, INC., and MACY'S WEST STORES, INC.'s (collectively "defendants"), on the other hand, the Court hereby enters the following ORDER:

///
///
///
///

-1-

ORDER REMANDING ACTION
BACK TO STATE COURT

1  This Court having considered the parties' stipulation, and upon the agreement,
2  stipulation and request of the parties, this Court hereby ORDERS that this action, titled
3  *White, et al., v. Macy's, Inc., et al.,* United States District Court (Cent. Cal) case no.
4  CV12-09511 JFW (CWx), be remanded to the Los Angeles Superior Court (Chatsworth
5  Courthouse) of the State of California, as *White, et al., v. Macy's, Inc., et al.,* case no.
6  PC053566, as the removal notice was tardy.

8  DATED: November 27, 2012                                    _____
9                                                              U.S. DISTRICT COURT JUDGE

STEINER & LIBO
Professional Corporation
433 N. Camden Drive, Ste. 730, Beverly Hills, CA 90210
Tel. (310) 273-7778  Fax (310) 273-7679

-2-

ORDER REMANDING ACTION
BACK TO STATE COURT